IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| JOHN DAVID GATES, JR. and MARTHA ANN GATES. § § § Plaintiffs, § § v. § § SUSAN GATES-JOYCE, ALAN JOYCE, and PFS INVESTMENTS, INC., § § § § § Defendants. § | C.A. NO. 6:17-cv-00128 |

## **DEFENDANT PFS INVESTMENTS, INC.'S NOTICE OF REMOVAL**

Defendant PFS Investments, Inc. ("PFS") files this notice of removal and states:

1. **The Lawsuit**. Plaintiffs John David Gates, Jr. ("John") and Martha Ann Gates ("Martha") (collectively, "Plaintiffs") filed their Original Petition on April 13, 2017, in the 170th District Court, McLennan County, Texas, being numbered 2017-1241-4 on the docket of said court and being a suit to recover damages as a result of funds being allegedly withdrawn unlawfully from an IRA.

2. **Diversity Jurisdiction**. Complete diversity of citizenship exists between Plaintiffs, on the one hand, and Defendants, on the other hand. Specifically, John and Martha were citizens of Texas at the time this action was filed and remain citizens of Texas as of the date of this removal. PFS is a Georgia corporation with its principal place of business in Georgia, both at the time this action was filed and as of the date of this removal. Additionally, Defendants Susan Joyce and Alan Joyce were citizens of

Tennessee at the time this action was filed and remain citizens of Tennessee as of the date of this removal. Finally, the amount in controversy exceeds $75,000, as Plaintiffs seek "monetary relief over $100,000 but not more than $200,000." (Petition ¶ 34.) Accordingly, the Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332, and this action may be removed by PFS pursuant to 28 U.S.C. § 1441. Venue is proper in this Court under 28 U.S.C. § 1391, as this action was pending in a state court within this district and division.

  3. **State Court Documents Attached**. PFS was served on April 20, 2017. As such, this removal is timely under 28 U.S.C. § 1446(b). Attached hereto as Exhibit A is an Index of State Court Matters, which contains true and correct copies of all process, pleadings, or orders received or filed in this action as of the filing of this removal. Also attached hereto as Exhibit B is a list of all counsel of record, including each attorney's bar number, addresses, telephone numbers, and parties represented.

  4. **Consent to Removal**. Defendants Susan and Alan Joyce were first served on April 24, 2017, and consent to this removal. Their written consent forms are attached at Exhibit C.

  5. **Relief Requested**. PFS respectfully requests that the United States District Court for the Western District of Texas, Waco Division, accept this notice of removal and that it assume jurisdiction of this cause and issue all such further orders and processes as may be necessary to bring before it all parties necessary for the final trial hereof.

Respectfully submitted,

By: */s/ Bill E. Davidoff*
   Bill E. Davidoff
   State Bar No. 00790565
   bill.davidoff@figdav.com

FIGARI + DAVENPORT, LLP
901 Main Street, Suite 3400
Dallas, TX 75202
Tel:  214.939.2000
Fax:  214.939.2090

ATTORNEYS FOR DEFENDANT PFS INVESTMENTS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2017, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and served David M. Mathews (dmathews@slmpc.com) and Christian J. Hack (chack@slmp.com), Sheehy, Lovelace, and Mayfield, PC, 510 N. Valley Mills Drive, Suite 500, Waco, TX 76710 via email and certified mail, return receipt requested and Susan Gates-Joyce and Alan Joyce, 123 Braxton Park Lane, Goodlettsville, TN 37072 via certified mail, return receipt requested.

  */s/ Bill E. Davidoff*
  Bill E. Davidoff